UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/13/2025
```

------------------------------------------------------------ X
                                :

  LUCY CASTRO,                 :

                                :

                        Plaintiff,   :                 1:25-cv-3898-GHW

                                :

               -against-          :                  ORDER

                                :

  JESSIE LEE,                   :

                                :

                      Defendant.   :

                                :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of Bronx, on May 9, 2025.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 23, 2025. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Plaintiff is further directed to file a complaint no later than two weeks following the date of this order.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

        SO ORDERED.

Dated:  May 13, 2025
       New York, New York

                                    _____
                                        GREGORY H. WOODS
                                   United States District Judge