

June 3, 2025

**VIA ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/3/2025
```

**MEMORANDUM ENDORSED**

Re:     *Castro, Ph.D. v. Lee, Ph.D.*
        <u>Docket No.</u>: 1:25-cv-03898-GHW

Dear Judge Woods,

Please be advised that our office represents Plaintiff, Lucy Castro, Ph.D., in the above-referenced action. I write this letter to request an adjournment of the initial conference currently scheduled for June 4, 2025. Counsel for Defendant consents to our request.

The conference was originally scheduled for June 4, 2025, by Order dated June 2, 2025 (Dkt. No. 14). Plaintiff's counsel is traveling out of state and is unavailable to appear in person on June 4, 2025. This is Plaintiff's first request for an adjournment of the initial conference and Defendant's counsel consents to our request. After meeting and conferring with Defendant's counsel, the parties are available June 9, 10, or 11. Defendant's counsel specifically advised that he is unavailable June 13, and will be out of the country the week of June 16.

Thank you for the Court's attention this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP PLLC

/s/Zack Holzberg
Zack Holzberg

Cc:   Counsel for Defendant (via ECF)

Application granted.  The conference scheduled for June 4, 2025 is adjourned to June 10, 2025 at 4:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated:  June 3, 2025
New York, New York    _____
                           GREGORY H. WOODS
                         United States District Judge

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com