```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :

LUCY CASTRO, PH.D.,                    :

                                Plaintiff,    :              1:25-cv-3898-GHW

                      -v-                      :               ORDER

JESSIE LEE, PH.D., *et al.*,               :

                         Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    In response to Defendant Jessie Lee's July 1, 2025 motion to dismiss, Dkt. No. 20, Plaintiff has amended her complaint pursuant to Rule 15(a)(1)(B). *See* Dkt. No. 24. Accordingly, Defendant's motion to dismiss is denied as moot. Pursuant to the Court's Individual Rule 3(D), the deadline for the Defendant Jessie Lee to answer or otherwise respond to the Amended Complaint is August 12, 2025. Because Defendant Walden University, LLC has been added as a new defendant in the Amended Complaint, Plaintiff is ordered to effect service on Defendant Walden University, LLC pursuant to Fed. R. Civ. P. 4. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

    SO ORDERED.

Dated: July 23, 2025
       New York, New York

                                                          _____
                                                              GREGORY H. WOODS
                                                           United States District Judge